# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA B. LOPEZ, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 24-cv-01743-BAS-DEB<br><br>**ORDER GRANTING JOINT MOTION TO FILE FIRST AMENDED COMPLAINT (ECF No. 4)** |

　　　Presently before the Court is the parties' joint motion to grant Plaintiff leave to file a First Amended Complaint against General Dynamics Information Technology, Inc. (ECF No. 4.)

　　　"In general, a court should liberally allow a party to amend its pleading." *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health Plan*, *Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) ("A district court shall grant leave to amend freely when justice so requires.'"). Further, a party may amend its pleading without a court order where the opposing party consents in writing. Fed. R. Civ. P. 15(a)(2).

　　　Here, considering (i) the broad policy favoring amendments to pleadings and (ii) the parties' joint motion, which indicates Defendant's consent to the amendment, the Court

1 **GRANTS** the joint motion for leave to file a First Amended Complaint. (ECF No. 4.) Plaintiff shall file her First Amended Complaint on or before **November 25, 2024**. Defendant shall file a responsive pleading on or before **December 9, 2024**.

**IT IS SO ORDERED.**

DATED: October 24, 2024

Hon. Cynthia Bashant
United States District Judge