Seung L. Yang (SBN 249857)
    E-mail: seung.yang@thesentinelfirm.com
Tiffany Hyun (SBN 311743)
    E-mail: tiffany.hyun@thesentinelfirm.com
Sean P. Hardy (SBN 312987)
    E-mail: sean.hardy@thesentinelfirm.com
Andrew Weaver (SBN 318935)
    E-mail: andrew.weaver@thesentinelfirm.com
**THE SENTINEL FIRM, APC**
355 S. Grand Ave., Suite 1450
Los Angeles, California 90071
Telephone: (213) 985-1150
Facsimile: (213) 985-2155

Attorneys for Plaintiff VERONICA B. LOPEZ

[*Additional counsel listed on following page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA B. LOPEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC., a Virginia corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: Case No. 3:24-cv-01743-BAS-DEB<br><br>*Assigned to the Honorable Cynthia A. Bashant*<br><br>**NOTICE OF SETTLEMENT AND JOINT MOTION TO VACATE COURT DEADLINES**<br><br>[S.D. CAL LOCAL RULES 7.2] |

MORGAN, LEWIS & BOCKIUS LLP
Carrie A. Gonell, Bar No. 257163
carrie.gonell@morganlewis.com
David J. Rashe, Bar No. 318400
david.rashe@morganlewis.com
Hailey A. Phelan, Bar No. 353990
hailey.phelan@morganlewis.com
600 Anton Boulevard, Suite 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax:+1.714.830.0700

Attorneys for Defendant
GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.

1    Plaintiff Veronica B. Lopez ("Plaintiff") and Defendant General Dynamics
2 Information Technology, Inc. ("Defendant") (together, the "Parties"), by and
3 through their undersigned counsel, submit this Notice of Settlement and Joint
4 Motion to Vacate Court Deadlines in advance of the Case Management Conference
5 scheduled for January 16, 2026, at 10:30 a.m.:

6    WHEREAS, following a mediation with well-regarded mediator Eve Wagner,
7 Esq., the Parties have reached a class action and PAGA representative action
8 settlement in the above-referenced action, which, once approved, will resolve the
9 action in its entirety, and the Parties are currently in the process of drafting the
10 settlement papers;

11    WHEREAS, on November 3, 2025, the Court issued the Scheduling Order
12 Regulating Discovery and Class Certification Motion Filing Deadline (Dkt. 36),
13 setting the following deadlines:

- January 16, 2026: Deadline to file a motion to join other parties, amend the pleadings, or file additional pleadings;
- March 13, 2026: Discovery Cutoff for Motion for Class Certification; and
- April 10, 2026: Deadline to File Motion for Class Certification;

WHEREAS, the Parties filed a Joint Motion to Continue Discovery Cutoff and Plaintiff's Deadline to File Motion for Class Certification (Dkt. 40) on December 31, 2025;

WHEREAS, on January 2, 2026, the Court granted the prior Joint Motion (Dkt. 41) and set the following deadlines:

- April 22, 2026: Discovery Cutoff for Motion for Class Certification; and
- May 20, 2026: Deadline to File Motion for Class Certification;

WHEREAS, in light of the recent settlement, the Parties respectfully request the Court vacate all deadlines set in this matter by the Court's November 3, 2025 Order (Dkt. 36) and as modified by the Court's January 2, 2026 Order (Dkt. 41), to allow the Parties to move forward with finalizing the terms of the settlement, amending the operative complaint in connection with the terms of the settlement, and to seek approval of said settlement.

THEREFORE, the Parties jointly move for an Order from the Court vacating the following deadlines set by the Court's November 3, 2025 and January 2, 2026:

1. Deadline of January 16, 2026, to file a motion to join other parties, amend the pleadings, or file additional pleadings;
2. Discovery Cutoff of April 22, 2026 for the Motion for Class Certification; and
3. Deadline of May 20, 2026, to file the Motion for Class Certification.

DATED: January 14, 2026              **THE SENTINEL FIRM, APC**

By: */s/ Sean P. Hardy*
Seung L. Yang
Tiffany Hyun
Sean P. Hardy
Andrew Weaver
Attorneys for Plaintiff
VERONICA B. LOPEZ

| | | |
|---|---|---|
| DATED: January 14, 2026 | | MORGAN, LEWIS & BOCKIUS LLP |

By: */s/ Carrie A. Gonell*
    Carrie A. Gonell
    David J. Rashe
    Hailey A. Phelan
    Attorneys for Defendant
    GENERAL DYNAMICS INFORMATION TECHNOLOGY, INC.